# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
Appellant,
vs.
WILLIAM R. MILLER,
Respondent.

No. 83604

FILED

NOV 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order that allowed a matter to proceed in the district court. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. Tierra Danielle Jones, District Judge
      Wilbert Roy Holmes
      William R. Miller
      Eighth District Court Clerk

---

[1]We note appellant has not paid the filing fee in this matter and, in light of this order, we take no action on the pro se document regarding fee matter filed on October 19, 2021.

SUPREME COURT
OF
NEVADA

(O) 1947A

2132002